IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 09-20119 Ma |
| ) | |
| vs. ) | 18 U.S.C. § 2119 |
| ) | 18 U.S.C. § 924(c) |
| JEREMY THOMAS, ) | 18 U.S.C. § 2 |
| STEPHEN JONES and ) | |
| CARNASHUN SHIELDS, ) | |
| ) | |
| Defendants. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about January 12, 2009, in the Western District of Tennessee, the defendants,

------------------------------------- JEREMY THOMAS -------------------------------------
------------------------------------- STEPHEN JONES -------------------------------------
and
------------------------------------- CARNASHUN SHIELDS -------------------------------------

being aided and abetted each by the other, did, with the intent to cause serious bodily harm, take a motor vehicle, that is, a 1993 Cadillac automobile, from the person and presence of another by force, violence, and intimidation; in violation of Title 18, United States Code, Section 2119 and Section 2.

## COUNT 2

On or about January 12, 2009, in the Western District of Tennessee, the defendants,

---------------------------------------- JEREMY THOMAS ----------------------------------------
---------------------------------------- STEPHEN JONES ----------------------------------------
and
---------------------------------------- CARNASHUN SHIELDS ----------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Carjacking" in violation of Title 18, United States Code, Section 2119, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c) and Section 2.

A TRUE BILL:

s/Grand Jury Foreperson

**FOREPERSON**

DATED: March 26, 2009

*[signature]*
UNITED STATES ATTORNEY